1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JULIE A. ARBUCKLE (CSBN 193425)
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102
     Telephone: (415) 436-7102
6    Facsimile:  (415) 436-6748

7  Attorneys for United States of America

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS LYNN STEELE, an individual | Case No. 05-2511 TEH |
| Plaintiff, | |
| v. | STIPULATION RE: UNITED STATES' DEADLINE FOR FILING A RESPONSIVE PLEADING |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Curtis Lynn Steele and Defendant United States of America hereby stipulate and agree that the United States shall have until September 15, 2005 to file and serve a pleading responsive to Plaintiff's complaint in this action.

                                KEVIN V. RYAN
                                United States Attorney

DATED: August 18, 2005          _____/s/_____
                                JULIE A. ARBUCKLE
                                Assistant United States Attorney


                                NOLD & ASSOCIATES

DATED: August 18, 2005          _____/s/_____
                                DAVID A. NOLD
                                Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge Thelton E. Henderson

STIPULATION RE: UNITED STATES' DEADLINE FOR A RESPONSIVE PLEADING - Case No. 05-2511