IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEMARTINI, as Guardian Ad Litem for BRITTANY IRENE STEELE, RICKI ANN DEMARTINI, and COURTNEY MARIE STEELE,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAKE COUNTY TRIBAL HEALTH CONSORTIUM; THOMAS LEON RANGEL; UNITED STATES; and DOES 1 to 20,<br><br>    Defendants. | No. C 05-04399 WHA<br><br>**ORDER OF REFERRAL** |

Upon review, this action appears to concern the same parties, transactions and events as *Curtis Lynn Steele v. United States of America*, Case No. C05-02511 TEH. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Thelton Henderson for the purpose of determining whether it is related. Any response in opposition to or support of relating the cases must be filed with Judge Henderson by **NOVEMBER 14, 2005**.

**IT IS SO ORDERED.**

Dated: November 8, 2005

                                               WILLIAM ALSUP<br>                                               UNITED STATES DISTRICT JUDGE