IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY I. STEELE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 05-04305 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Thelton E. Henderson to determine whether it is related to case number C05-2511 TEH. Any response in opposition to or in support of relating the cases must be filed with Judge Henderson by November 14, 2005.

**IT IS SO ORDERED.**

Dated: November 8, 2005

                                                     JEFFREY S. WHITE<br>
                                                   UNITED STATES DISTRICT JUDGE