United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LYNN STEELE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | NO. C05-2511 TEH<br><br>ORDER RELATING AND<br>CONSOLIDATING CASES |
| B.I.S.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | NO. C05-4305 JSW |
| JOHN DEMARTINI, as Guardian Ad Litem for B.I.S., R.A.D., and C.M.S.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LAKE COUNTY TRIBAL HEALTH CONSORTIUM, et al.,<br><br>　　　　Defendants. | NO. C05-4399 WHA |

The Court is in receipt of sua sponte judicial referrals to consider whether the above three cases are related and the stipulation of the parties in all three cases to relate, reassign, and consolidate the cases. After carefully reviewing the complaints in each case, as well as

the parties' stipulation, the Court finds good cause to relate all three cases under Civil Local Rule 3-12.  The Court also finds good cause to grant the parties' stipulation to consolidate these actions.  Accordingly, IT IS HEREBY ORDERED that the above three cases are related, and that Case Nos. C05-4305 JSW and C05-4399 WHA should be reassigned to this Court.

IT IS FURTHER ORDERED that these three cases shall be consolidated for all purposes, including trial, without prejudice to any party's filing a motion to bifurcate.  All parties should be aware that trial has already been scheduled to begin in Case No. C05-2511 on Tuesday, March 27, 2007.  Counsel shall access the docket in Case No. C05-2511 to retrieve copies of this Court's standing orders and order for pretrial preparation.  Counsel in all cases shall also register to receive notice of filings in Case No. C05-2511, as that case shall be designated the lead case.  In addition, counsel are instructed that all future filings in the reassigned cases are to bear the initials "TEH" immediately after the case number.

A case management conference for all three cases shall be held on **Monday, February 6, 2006, at 1:30 PM.**  The parties shall file a joint case management conference statement on or before **January 30, 2006.**

Counsel in the two reassigned cases shall meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan on or before **January 16, 2006.**  Counsel shall also file by **January 16, 2006,** a joint ADR certification with stipulation to ADR process or notice of need for ADR phone conference.  Counsel shall complete initial disclosures or state objections in the Rule 26(f) report and file and serve their Rule 26(f) reports on or before **January 30, 2006.**  The currently pending motion in Case No. C05-4305 must be re-noticed by the moving party for hearing in this Court.

Finally, the Court reminds counsel in all three cases of their obligation to protect personal privacy under Civil Local Rule 3-17. In particular, Civil Local Rule 3-17(a)(2) provides that "[i]f the involvement of a minor child must be mentioned in a pleading or other paper filed in the public file, only the initials of that child should be used."  Counsel and the parties are solely responsible for redacting the personal identifiers listed in Civil Local Rule

2

3-17(a), and "[t]he Clerk will not review each pleading or other paper for compliance with this rule."  Civ. L.R.3-17(e).

**IT IS SO ORDERED.**

Dated: 11/15/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT