DAVID A. NOLD, *pro hac vice* (WSBA #19009)
NOLD & ASSOCIATES, PLLC
10500 NE 8th STREET, SUITE 930
BELLEVUE, WA 98004
dnold@washlaw.biz
Telephone: (425)289-5555
Facsimile: (425) 289-6666

Attorney for Plaintiffs:
CURTIS LYNN STEELE and B.I.S.

MARK C. LAMB (SB #198090)
22833 BOTHELL EVERETT HWY, SUITE 218
BOTHELL, WA 98021
Telephone: (425)368-4238

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS LYNN STEELE, Plaintiff, vs. UNITED STATES OF AMERICA, Defendant. | NO. C 05-2511 TEH (Lead Case; Consolidated with 05-4399 TEH)<br><br>STIPULATION AND ORDER (1) OF DISMISSAL, (2) APPOINTING CO-GUARDIANS AD LITEM, AND (3) SUBSTITUTION OF COUNSEL |
| JOHN DEMARTINI, as Guardian ad Litem for R.A.D and C.M.S., and IRENE STEELE AND DARRYL STEELE, as Co-Guardians ad Litem for B.I.S., Plaintiffs, vs. UNITED STATES OF AMERICA, THOMAS RANGEL, and LAKE COUNTY TRIBAL HEALTH CONSORTIUM. Defendants. | |

**STIPULATION**

Plaintiffs Curtis Lynn Steele, John DeMartini, Darryl Steele, Irene Steele and the

NOLD & ASSOCIATES, PLLC
Bellevue Place, Suite 930
10500 NE 8TH ST.
BELLEVUE, WASHINGTON 98004
(425) 289-5555 FAX (425) 289-6666

Defendant United States of America hereby stipulate to the following:

1. The action commenced by Plaintiffs Darryl Steele and Irene Steele as Co-Guardians ad Litem for B.I.S, No. C05-4305 TEH, shall be dismissed without prejudice;

2. John DeMartini shall be removed as Guardian ad Litem for B.I.S. and replaced by Irene Steele and Darryl Steele as co-guardians ad litem for B.I.S. in the above captioned action as B.I.S. has consented in writing to the appointment of Irene Steele and Darryl Steele as her co-guardians ad litem; and

3. David Nold of Nold & Associates, PLLC shall replace attorneys Tibor Major, Michael Green, and W. Barton Weitzenberg as the attorney for B.I.S. through her Co-Guardians ad Litem.

DATED this 6th day of December, 2005.

NOLD & ASSOCIATES, PLLC

[signature]
David A. Nold, *pro hac vice,* WSBA #19009
Attorneys for Plaintiffs Curtis Lynn Steele and B.I.S.

ABBEY WEITZENBERG, P.C.

Michael Green, by David Nold per authority on fax
Michael D. Green, SBN #214142
Attorneys for Plaintiffs R.A.D and C.M.S.

KEVIN V. RYAN
United States Attorney

Julie Arbuckle, by David Nold per email authority
JULIE ARBUCKLE, SBN #193425
Assistant United States Attorney

NOLD & ASSOCIATES, PLLC
Bellevue Place, Suite 930
10500 NE 8TH ST.
BELLEVUE, WASHINGTON 98004
(425) 289-5555 FAX (425) 289-6666

**ORDER**

Based on the foregoing stipulation of the parties, it is hereby ORDERED AS FOLLOWS:

1. The action commenced by Plaintiffs Darryl Steele and Irene Steele as Co-Guardians ad Litem for B.I.S, No. C05-4305 TEH, shall be dismissed without prejudice;

2. John DeMartini shall be removed as Guardian ad Litem for B.I.S. and replaced by Irene Steele and Darryl Steele as co-guardians ad litem for B.I.S. in the above captioned action as B.I.S. has consented in writing to the appointment of Irene Steele and Darryl Steele as her co-guardians ad litem; and

3. David Nold of Nold & Associates, PLLC shall replace attorneys Tibor Major, Michael Green, and W. Barton Weitzenberg as the attorney for B.I.S. through her Co-Guardians ad Litem.

4. The new caption shall be that as set forth above.

DATED this 9 day of December, 2005.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Thelton E. Henderson
NORTHERN DISTRICT OF CALIFORNIA

TON E. HENDERSON
STRICT COURT

Presented by:

NOLD & ASSOCIATES, PLLC

David A. Nold, *pro hac vice,* WSBA #19009
Mark C. Lamb, SB #198090
Attorneys for Plaintiff Curtis Lynn Steele and B.I.S.

NOLD & ASSOCIATES, PLLC
Bellevue Place, Suite 930
10500 NE 8TH ST.
BELLEVUE, WASHINGTON 98004
(425) 289-5555 FAX (425) 289-6666

STIPULATION AND ORDER - 3