DAVID A. NOLD, *pro hac vice* (WSBA #19009)
NOLD & ASSOCIATES, PLLC
10500 NE 8th STREET, SUITE 930
BELLEVUE, WA 98004
dnold@washlaw.biz
Telephone: (425)289-5555
Facsimile: (425) 289-6666

Attorney for Plaintiffs:
CURTIS LYNN STEELE and B.I.S.

MARK C. LAMB (SB #198090)
22833 BOTHELL EVERETT HWY, SUITE 218
BOTHELL, WA 98021
Telephone: (425)368-4238

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS LYNN STEELE,<br><br>                        Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                        Defendant. | NO. C 05-2511 TEH (Lead Case; Consolidated with 05-4399 TEH)<br><br>ORDER GRANTING MOTION TO APPEAR BY TELEPHONE TO CASE MANAGEMENT CONFERENCE<br><br>[PROPOSED] |
| JOHN DEMARTINI, as Guardian ad Litem for R.A.D and C.M.S., and IRENE STEELE AND DARRYL STEELE, as Co-Guardians ad Litem for B.I.S.,<br><br>                        Plaintiffs,<br>vs.<br><br>LAKE COUNTY TRIBAL HEALTH CONSORTIUM, THOMAS RANGEL and UNITED STATES OF AMERICA,<br><br>                        Defendants. | |

**ORDER**

Pursuant to Plaintiff's counsel's request for attendance of the Case Management

ORDER GRANTING APPEARANCE BY TELEPHONE - 1

NOLD & ASSOCIATES, PLLC
Bellevue Place, Suite 930
10500 NE 8TH ST.
BELLEVUE, WASHINGTON 98004
(425) 289-5555  FAX (425) 289-6666

1 | Conference in the above-captioned action by telephone, it is hereby ORDERED AS FOLLOWS:

2 |     1.    Plaintiff's counsel, David A. Nold, may appear at the Case Management

3 |         Conference by telephone; and

4 |     2.    Plaintiff's counsel shall initiate the telephone call.

5 | DATED this 27th day of January, 2006.

IT IS SO ORDERED

/s/ Thelton E. Henderson

THELTON E. HENDERSON
US DISTRICT COURT

Presented by:

NOLD & ASSOCIATES, PLLC

_____
David A. Nold, *pro hac vice,* WSBA #19009
Mark C. Lamb, SB #198090
Attorneys for Plaintiff Curtis Lynn Steele
and B.I.S.

NOLD & ASSOCIATES, PLLC
Bellevue Place, Suite 930
10500 NE 8TH ST.
BELLEVUE, WASHINGTON 98004
(425) 289-5555  FAX (425) 289-6666

ORDER GRANTING APPEARANCE BY TELEPHONE - 2