IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS STEELE, | No. C-05-02511 TEH (EDL) |
| Plaintiff, | **ORDER REGARDING SETTLEMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

By the agreed deadline, counsel for Defendant United States of America has informed Magistrate Judge Laporte that it agrees to the offers to settle made at the close of the settlement conference held on June 9, 2006. Accordingly, the Court orders counsel and guardians ad litem to be present to place the settlement on the record on Thursday, June 22, 2006 at 9:30 a.m in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

Dated: June 15, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge