United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LYNN STEELE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | NO. C05-2511 TEH<br><br>ORDER RE: MOTION TO INTERVENE |
| JOHN DEMARTINI, as Guardian Ad Litem for B.I.S., R.A.D., and C.M.S.,<br><br>    Plaintiffs,<br><br>v.<br><br>LAKE COUNTY TRIBAL HEALTH CONSORTIUM, et al.,<br><br>    Defendants. | NO. C05-4399 TEH |

This matter comes before the Court on a motion to intervene filed by Nonprofits' Insurance Alliance of California ("NIAC"), which NIAC contends is unopposed by any party in this case. Assuming this to be true, the parties are reminded of their obligation to file a timely statement of non-opposition pursuant to Civil Local Rule 7-3(b).[1] If all parties file statements of non-opposition, no hearing on NIAC's motion shall be necessary.

**IT IS SO ORDERED.**

Dated: 06/20/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Of course, if the parties do oppose the motion, they must file a timely opposition pursuant to Civil Local Rule 7-3(a).