United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS STEELE,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

No. C-05-02511 TEH (EDL)

**ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Further Settlement Conference scheduled for Thursday, June 22, 2006 has been continued to June 29, 2006 at 9:30 a.m in before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco

**IT IS SO ORDERED.**

Dated: June 21, 2006

                                              _____
                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge