BRIAN L. JOHNSRUD, State Bar No. 184474
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: *bjohnsrud@morganlewis.com*

M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: *mcole@morganlewis.com*

Attorneys for Defendants
DEUTSCHE ASSET MANAGEMENT,
DEUTSCHE BANK AG, DEUTSCHE
INVESTMENT MANAGEMENT AMERICAS, INC.
SCUDDER DISTRIBUTORS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE ROMANECK,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEUTSCHE ASSET MANAGEMENT, a Delaware corporation, DEUTSCHE BANK AG, a New York corporation, DEUTSCHE INVESTMENT MANAGEMENT AMERICAS, INC., a corporation, SCUDDER DISTRIBUTORS, INC. a corporation, INDIVIDUAL DOES I-XV and CORPORATE DOES XVI – XXV, inclusive<br><br>　　　　　　Defendants. | Case No. C 05 02473 TEH<br><br>**[PROPOSED] ORDER GRANTING *AMENDED* MOTION FOR ADMINISTRATIVE RELIEF TO FILE PORTIONS OF CERTAIN DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5(c)** |

1-PA/3594207.1

Case No. C05-02473 TEH
[PROPOSED] ORDER GRANTING DEFENDANTS' *AMENDED* MOTION FOR
ADMINISTRATIVE RELIEF TO FILE PORTIONS OF CERTAIN DOCUMENTS UNDER SEAL

1  The Court having considered the papers submitted by Defendants, and the papers on file
2  in this case, and upon Good Cause showing,
3  **IT IS HEREBY ORDERED:**
4  Pursuant to Civil L.R. 79-5(c), the Clerk shall file under seal the following documents:
5  1. The partially redacted version of Defendants' Notice of Motion and Motion for
6  Summary Judgment and accompanying Memorandum of Points and Authorities, as lodged with
7  the Court on June 28, 2006.
8  2. The partially redacted version of the Declaration of Brian Johnsrud (and Exhibits
9  A through K) in Support of Defendants' Motion for Summary Judgment, as lodged with the Court
10 on June 28, 2006.

Dated: _____, 2006

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3594207.1     1     Case No. C05-02473 TEH
[PROPOSED] ORDER GRANTING DEFENDANTS' *AMENDED* MOTION FOR
ADMINISTRATIVE RELIEF TO FILE PORTIONS OF CERTAIN DOCUMENTS UNDER SEAL