IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LYNN STEELE,<br><br>                  Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | NO. C05-2511 TEH<br><br>ORDER GRANTING MOTION TO INTERVENE |
| JOHN DEMARTINI, as Guardian Ad Litem for B.I.S., R.A.D., and C.M.S.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>LAKE COUNTY TRIBAL HEALTH CONSORTIUM, et al.,<br><br>                  Defendants. | NO. C05-4399 TEH |

This matter comes before the Court on a motion to intervene filed by Nonprofits' Insurance Alliance of California ("NIAC"). The United States and all Plaintiffs have filed statements of non-opposition to NIAC's motion. Accordingly, IT IS HEREBY ORDERED that NIAC's motion to intervene is GRANTED as unopposed and that NIAC shall file its complaint no later than **July 13, 2006**.[1]

**IT IS SO ORDERED.**

Dated: 07/06/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Court reminds counsel for NIAC that this case is part of the Court's electronic case filing ("ECF") system and that failure to comply with ECF procedures may be sanctioned.