**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    CURTIS LYNN STEELE,

6                              Plaintiff,                    NO. C05-2511 TEH

7                    v.                                      ORDER OF REFERRAL

8    UNITED STATES OF AMERICA,

9                              Defendant.

10

11         The Court is in receipt of Mr. Tibor Major's petition for an order allocating attorneys'

12   fees related to the representation of B.I.S.  Mr. Major seeks a portion of the $99,411.35 in

13   attorneys' fees paid to Nold & Associates, PLLC as part of the settlement in this case.

14         Mr. Major's petition is hereby REFERRED to Magistrate Judge Elizabeth Laporte for

15   a report and recommendations.  Because Judge Laporte conducted the settlement conference

16   on the merits of this case, she is uniquely qualified to evaluate Mr. Major's and Mr. Nold's

17   respective contributions.

18         If the parties would like a referral to a magistrate judge other than Judge Laporte for

19   settlement, they shall contact this Court's courtroom deputy on or before **September 8, 2006**.

20   Prior to making such a call, the parties shall meet and confer to see if they can agree on a

21   particular magistrate judge or if they would prefer a random assignment.  If the parties do not

22   contact the Court by September 8, then no settlement conference will be ordered and Judge

23   Laporte shall proceed with her report and recommendations.

24

25   **IT IS SO ORDERED.**

26

27   Dated:   08/31/06                        _____

28                                            THELTON E. HENDERSON, JUDGE
                                             UNITED STATES DISTRICT COURT