**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9

10   CURTIS STEELE,

11          Plaintiff,                              No. C 05-02511 TEH  (EDL)

12          v.                                      NOTICE OF REFERENCE AND
                                                    ORDER SETTING BRIEFING SCHEDULE
13

14   UNITED STATES OF AMERICA

15          Defendant.
     _____/
16

17          TO ALL PARTIES AND COUNSEL OF RECORD:

18          The above matter has been referred to Magistrate Judge Laporte for a report and

19   recommendation. The Court is in receipt of Mr. Tibor Major's Petition for order allocating attorney's

20   fees related to the representation of B.I.S., filed in the above-entitled action on August 25, 2006.  The

21   Court finds the motion to be appropriate for decision **without oral argument**.

22          Any opposition, if not already filed, shall be served and filed no later than September 26, 2006.

23   Any reply to the opposition shall be served and filed no later than October 3, 2006.

24                       LAW AND MOTION HEARING PROCEDURES

25          All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the

26   civil case number and the District Court Judge's initials followed by the designation "(EDL)".

27          Except as otherwise noted above, all documents shall be filed at the Clerk's Office in compliance

28   with Local Rules 7-2 through 7-5.  Documents not filed in compliance with those rules will not be

     considered.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

If documents are filed electronically, a paper chambers copy of each electronically filed document must be delivered to the Court no later than 12:00 noon on the day after the filing. The paper chambers copy must be marked "Chambers Copy" and must be lodged with the Clerk's Office, in an envelope clearly marked with the judge's name, case number, and "Chambers Copy." Parties must not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

Dated:  September 13, 2006

Elizabeth D. Laporte
ELIZABETH D. LAPORTE
United States Magistrate Judge

2