```
 1  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  JONATHAN U. LEE (SBN 148792)
    Assistant United States Attorney
 4  450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
 5  Telephone:    (415) 436-6909
    Facsimile:    (415) 436-6748
 6  Email: jonathan.lee@usdoj.gov
    Attorneys for Defendant UNITED STATES
 7
    DAVID A. NOLD, pro hac vice (WSBA #19009)
 8  NOLD & ASSOCIATES, PLLC
    10500 NE 8th STREET, SUITE 930
 9  BELLEVUE, WA 98004
    dnold@washlaw.biz
10  Telephone: (425)289-5555
    Facsimile: (425) 289-6666
11
    MARK C. LAMB (SB #198090)
12  22833 BOTHELL EVERETT HWY, SUITE 218
    BOTHELL, WA 98021
13  Telephone: (425)368-4238
    Attorneys for Plaintiff CURTIS STEELE and B.I.S.
14
    ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
15  W. BARTON WEITZENBERG, ESQ. (SBN 051788)
    MICHAEL D. GREEN, ESQ. (SBN 214142)
16  100 Stony Point Road, Suite 200
    Santa Rosa, California  95401
17  Tel:  (707) 542-5050
    Fax: (707) 542-2589
18  Attorneys for JOHN DEMARTINI,
    as Guardian Ad Litem for R.A.D., and C.M.S.
19
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS LYNN STEELE, an individual, | No. C 05-2511 TEH |
| Plaintiff, | (Lead Case; Consolidated with *John DeMartini, as Guardian Ad Litem for R.A.D. and C.M.S.; and Irene Steele and Darryl Steele as Co-guardians Ad Litem for B.I.S.* 05-4399 TEH) |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | **STIPULATION REGARDING DISMISSAL;** ~~**PROPOSED**~~ **ORDER** |

STIPULATION OF DISMISSAL; ORDER
Case No. C 05-2511 TEH           -1-

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), and consistent with the Stipulation and Proposed Order Approving Settlement filed June 28, 2006, the parties stipulate to the dismissal with prejudice of these consolidated cases: *Curtis Steele v. United States*, No. C-05-2511 and consolidated case *John DeMartini, as Guardian Ad Litem for R.A.D. and C.M.S.; and Irene Steele and Darryl Steele, as Co-guardians Ad Litem for B.I.S. v. Lake County Tribal Health Consortium, Thomas Leon Rangel, and United States*, Action 05-4399.  Each party will bear its own costs.

This stipulation does not apply to Nonprofits' Insurance Alliance of California's complaint in intervention.

**SO STIPULATED.**

| | |
|---|---|
| DATED: November 6, 2006 | NOLD & ASSOCIATES, PLLC |
| | /s/ |
| | David A. Nold, *pro hac vice,* WSBA #19009<br>Attorney for Plaintiffs Curtis Steele and Irene and Darryl Steele as Co-Guardians ad Litem for B.I.S. |
| DATED: November 6, 2006 | LAW OFFICES OF MARK C. LAMB |
| | /s/ |
| | Mark C. Lamb, Esq.<br>Attorney for Plaintiffs Curtis Steele and Irene and Darryl Steele as Co-Guardians ad Litem for B.I.S. |
| DATED: November 15, 2006 | ABBEY WEITZENBERG WARREN & EMERY |
| | /s/ |
| | Michael D. Green, Esq.<br>Attorney for Plaintiff John DeMartini as Guardian ad Litem for R.A.D. and C.M.S |

| | | |
|---|---|---|
| 1 | DATED: August 12, 2006 | LAW OFFICES OF TIBOR E. MAJOR |

/s/

Tibor E. Major, Esq.
Attorney for Plaintiff John DeMartini as Guardian ad Litem for R.A.D. and C.M.S

DATED: November 1, 2006        CLAPP, MORONEY, BELLAGAMBA & VUCINICH

/s/
Christopher J. Beeman, Esq.
Erica Berterello, Esq.
Attorneys for Defendant UNITED STATES

DATED: December 20, 2006        KEVIN V. RYAN
United States Attorney

/s/
Jonathan U. Lee
Assistant United States Attorney
Attorneys for Defendant UNITED STATES

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:   12/21/06

The Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed Judge Thelton E. Henderson]*

STIPULATION OF DISMISSAL; ORDER
Case No. C 05-2511 TEH                    -3-