KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (CA SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone: 415-436-7200
    Facsimile: 415-436-6748

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS LYNN STEELE, an individual, | No. C 05-2511 TEH |
| Plaintiff, | (Lead Case; Consolidated With C05-4399) |
| v. | |
| THE UNITED STATES OF AMERICA | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| Defendant. | |
| JOHN DEMARTINI, as Guardian Ad Litem for R.A.D. and C.M.S.; and IRENE STEELE and DARRYL STEELE, as Co-Guardians as Litem for B.I.S., | |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |
| NONPROFITS' INSURANCE ALLIANCE OF CALIFORNIA, | |
| Plaintiff In Intervention, | |
| v. | |
| THE UNITED STATES OF AMERICA | |
| Defendant In Intervention. | |

STIPULATION and PROPOSED ORDER
Case No. C 05-2511 TEH      Page 1

Following oral argument, the Court on February 2, 2007 issued an Order Granting Intervenor NIAC's Motion for Summary Judgment and Denying Motion for Summary Judgment Brought by Defendant United States ("Order"). In the Order, the Court granted NIAC's motion for summary judgment, denied the United States' motion, and ordered the United States to pay $1,043,540.17 in reimbursement for the underlying settlement and defense of plaintiffs' claims, within thirty (30) calendar days.

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS AND REQUEST ENTRY OF THE PROPOSED ORDER BY THE COURT:

1. Notwithstanding the language of the Order, the parties recognize and agree that under the relevant statutes and rules, including but not limited to 28 U.S.C. §2408, 28 U.S.C. §2414, Federal Rule of Appellate Procedure 4(a)(1)(B) and Federal Rule of Civil Procedure 62(e), NIAC is not entitled to payment until the judgment becomes completely final and unappealable.

2. Furthermore, notwithstanding the language of the Order, the parties agree that NIAC will not seek payment from the United States until the judgment becomes completely final and unappealable.

3. The parties jointly request, pursuant to Federal Rule of Civil Procedure 59(e), that the Court modify the February 2, 2007 Order to make it consistent with 28 U.S.C. §2408, 28 U.S.C. §2414, Federal Rule of Appellate Procedure 4(a)(1)(B) and Federal Rule of Civil Procedure 62(e).

Dated: February 12, 2007        HAIGHT BROWN & BONESTEEL LLP

　/s Scott Bloom/
Scott Bloom
Attorneys for NONPROFITS' INSURANCE ALLIANCE OF CALIFORNIA


KEVIN V. RYAN
UNITED STATES ATTORNEY

Dated: February 12, 2007        /Jonathan U. Lee/
Jonathan U. Lee
Assistant United States Attorney

1  **[PROPOSED] ORDER**

2  Pursuant to Stipulation, it is so ORDERED.

3  Dated: 02/14/07

THELTON E. HENDERSON
United States District Judge

